# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:12-cv-02549-MSK-MEH

MALIBU MEDIA, LLC,

    Plaintiff,

v.

BRIAN WIELAND,

    Defendant.

_____/

## STIPULATION FOR DISMISSAL OF PLAINTIFF'S CLAIMS AGAINST DEFENDANT WIELAND WITH PREJUDICE

PLEASE TAKE NOTICE, Plaintiff, Malibu Media, LLC, and Defendant, Brian Wieland, pursuant to Fed.R.Civ.P. 41(a)(1), hereby stipulate to the entry of an order dismissing Plaintiff's Complaint against Defendant Wieland <u>with prejudice</u>.

Respectfully submitted,

By: /s/ *Jason Kotzker*　　　　　　　　　　By: /s/ *Brian Wieland*
Jason Kotzker　　　　　　　　　　　　　　　Brian Wieland
jason@klgip.com　　　　　　　　　　　　　6513 Reed Court
KOTZKER LAW GROUP　　　　　　　　　　Arvada, CO 80003
9609 S. University Blvd. #632134　　　　　Phone: (720) 334-0516
Highlands Ranch, CO 80163　　　　　　　*Pro Se*
Phone: 303-875-5386

Dated: February 4, 2013

1

**ORDER ON STIPULATION FOR DISMISSAL OF PLAINTIFF'S
CLAIMS AGAINST DEFENDANT WIELAND WITH PREJUDICE**

THIS CAUSE came before the Court upon the Parties' Stipulation to Dismiss Plaintiff's Complaint against Defendant Wieland With Prejudice, and the Court being duly advised in the premises does hereby:

ORDER AND ADJUDGE:  Plaintiff's Complaint against Defendant is hereby dismissed with prejudice.

SO ORDERED this ___ day of _____, 2013.


By: _____
**UNITED STATES MAGISTRATE JUDGE**